1

2

3    JS 6

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DUANE O'CONNOR,                    )        Case No.: 14-2938 DSF (JEMx)
                                         )
12                  Plaintiff,           )
                                         )
13         vs.                           )        JUDGMENT
                                         )
14   WELLS FARGO BANK, N.A., ET          )
     AL.                                 )
15                                       )
                    Defendants.          )
16                                       )
     _____
17

18         The Court having ordered that the case be dismissed for Plaintiff's failure to

19   file an amended complaint,

20   IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action

21   be dismissed with prejudice, and that defendants recover their costs of suit

22   pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

23
     Dated: 8/5/14                              _____
24                                                      Dale S. Fischer
                                                   United States District Judge
25

26

27

28